NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MARK G. FLEISCHHACKER**

---

2013-1191
(Serial No. 12/367,375)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Mark G. Fleischhacker moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

IN RE MARK FLEISCHHACKER                                                      2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: April 9, 2013